## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SHANTE WATSON,

|                       | Civil Action No. 1:25-cv-906-LMM |
|                       |                                  |

Plaintiff,

v.

GEORGIA AUTO PAWN, INC.,

Defendant.

---

### RULE 26.3 CERTIFICATE FOR GEORGIA AUTO PAWN, INC.'S RESPONSES TO GEORGIA AUTO PAWN, INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION, PLAINTIFF'S FIRST SET OF INTERROGATORIES, AND FIRST REQUEST FOR ADMISSION

Defendant Georgia Auto Pawn, Inc., by and through its undersigned counsel, hereby files this Certificate pursuant to Local Rule 26.3 notifying the Court that Defendant has served (1) Georgia Auto Pawn, Inc.'s Answers and Objections to Plaintiff's First Requests for Production, (2) Georgia Auto Pawn, Inc.'s Answers and Objections to Plaintiff's First Set of Interrogatories, (3) Georgia Auto Pawn, Inc.'s Answers and Objections to Plaintiff's First Request for Admission on counsel for Plaintiff.

Respectfully submitted this 8th day of July, 2025.

/s/ *Ava J. Conger*
Ava J. Conger
Georgia Bar No. 676247
Devon C. Sherrell
Georgia Bar No. 624945

KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Tel: 404.815.6500
aconger@ktslaw.com
dsherrell@ktslaw.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2025, I electronically filed the foregoing RULE 26.3 CERTIFICATE FOR GEORGIA AUTO PAWN, INC.'S RESPONSES TO GEORGIA AUTO PAWN, INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION, PLAINTIFF'S FIRST SET OF INTERROGATORIES, AND FIRST REQUEST FOR ADMISSION with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6500
Fax: (404) 815-6555
aconger@ktslaw.com

/s/ Ava J. Conger
Ava J. Conger
Georgia Bar No. 676247

*Counsel for Defendant*

3