# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANTE WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-906-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, the foregoing DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF was served by electronic mail upon the following counsel of record:

>Anthony I. Paronich
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>anthony@paronichlaw.com

>/s/ Ava J. Conger
>Ava J. Conger