# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANTE WATSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-906-LMM |

## RULE 26.3 CERTIFICATE FOR GEORGIA AUTO PAWN'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S <u>NOTICE OF RULE 30(b)(6) DEPOSITION</u>

Defendant Georgia Auto Pawn, by and through its undersigned counsel, hereby files this Certificate pursuant to Local Rule 26.3 notifying the Court that Defendant has served Responses and Objections to Plaintiff's Notice of Rule 30(b)(6) Deposition upon counsel for Plaintiff.

Respectfully submitted this 26th day of November 2025.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>Suite 2800, 1100 Peachtree Street<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>aconger@ktslaw.com<br>dsherrell@ktslaw.com | */s/ Ava J. Conger*<br>Ava J. Conger<br>Ga. Bar No. 676247<br>Devon C. Sherrell<br>Georgia Bar. No. 624945<br><br>*Counsel for Defendant*<br>*Georgia Auto Pawn, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>Suite 2800, 1100 Peachtree Street<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555 | */s/ Ava J. Conger*<br>Ava J. Conger<br>Ga. Bar No. 676247<br><br>*Counsel for Defendant*<br>*Georgia Auto Pawn, Inc.* |