UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND DEADLINES**

1

Plaintiff Shante Watson and Defendant Georgia Auto Pawn, Inc. ("GAP") respectfully move the Court, pursuant to Fed. R. Civ. P. 16(b)(4), for an order extending the remaining deadlines in this case by three months.

Good cause exists to extend the current discovery and motion deadlines. The parties have been actively engaged in discovery, including discovery involving third parties and data-related work that could not be completed within the originally contemplated schedule. These circumstances, combined with scheduling issues related to depositions, warrant a modest extension of the remaining deadlines.

Since entry of the current scheduling order, GAP produced data processed by its consulting expert; Plaintiff has subpoenaed two third parties with whom she is still conferring concerning their productions; and the parties are working to schedule remaining fact and expert depositions.

Despite diligent efforts, completing discovery under the existing deadlines is no longer feasible. Accordingly, the requested extension will promote the just and efficient resolution of this matter and will not prejudice any party.

The parties met and conferred on these issues and agree that a three-month extension of discovery and the remaining deadlines is necessary to complete discovery.

The current deadlines and the proposed amended deadlines are as follows:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Completion of all discovery | February 19, 2026 | May 19, 2026 |

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion for class certification | May 19, 2026 | August 19, 2026 |
| Dispositive motions | May 19, 2026 | August 19, 2026 |

Because good cause exists and the parties agree that an extension is warranted, the parties respectfully request that the Court grant this Motion and enter an order extending the remaining deadlines as set forth above.

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

*Counsel for Plaintiff*

*/s/ Ava J. Conger*
Ava J. Conger
Devon C. Sherrell
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309
Tel: 404.815.6500
aconger@ktslaw.com
dsherrell@ktslaw.com

*Counsel for GAP*