# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANTE WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-906-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I served a copy of the foregoing Fourth Amended Notice of Deposition of Plaintiff Shante Watson by email upon the following attorneys of record:

> Anthony Paronich
> PARONICH LAW, P.C.
> 350 Lincoln St.
> Hingham, MA 02043
> anthony@paronichlaw.com
>
> Andrew Roman Perrong
> PERRONG LAW LLC
> 2657 Mt. Carmel Ave.
> Glenside, PA 19038
> a@perronglaw.com
>
> Valerie Lorraine Chinn
> CHINN LAW FIRM, LLC
> 245 N. Highland Ave.
> Suite 230 #7
> Atlanta, GA 30307
> vchinn@chinnlawfirm.com

Dana J. Oliver
OLIVER LAW CENTER, INC.
8780 19th Street, #559
Rancho Cucamonga, CA 91701
dana@danaoliverlaw.com


                                        */s/ Ava J. Conger*
                                        Ava J. Conger
                                        Ga. Bar No. 676247

                                        *Counsel for Defendant*
                                        *Georgia Auto Pawn, Inc.*