IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANTE WILSON, on behalf of herself and others similarly situated, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:25-cv-00906-LMM |
| GEORGIA AUTO PAWN, INC., | : : : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Deadlines [25]. For good cause shown, the Motion is **GRANTED**. The deadlines are extended as follows:

| | |
|---|---|
| Completion of all discovery | May 19, 2026 |
| Motion for class certification | August 19, 2026 |
| Dispositive motions | August 19, 2026 |

**IT IS SO ORDERED** this 3rd day of February, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**