## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO MODIFY SCHEDULING ORDER
## AND EXTEND DEADLINES

Plaintiff Shante Watson and Defendant Georgia Auto Pawn, Inc. ("GAP") respectfully move the Court, under Fed. R. Civ. P. 16(b)(4), for an order extending the discovery and other deadlines by ninety days to accommodate a mediation, as well as setting supplemental expert and rebuttal of supplemental expert deadlines should the parties be unable to resolve the case at mediation.

Good cause exists to modify the Scheduling Order and extend the current discovery and motion deadlines. The parties have been actively engaged in discovery, including discovery involving third parties and data-related work, which has narrowed the scope of the issues in this litigation. Specifically, GAP has produced a targeted set of data that Plaintiff and GAP are using to identify the universe of allegedly violative calls at issue. In addition, the parties are currently scheduling mediation to occur in the next 30–45 days in an effort to resolve this dispute.

1

GAP also understands that Plaintiff's expert intends to disclose additional opinions based on this targeted data set should the parties fail to resolve this matter at mediation. Depending on the nature of those new opinions, GAP may disclose a rebuttal expert. The parties will also need sufficient time to review any new expert material and schedule expert depositions.

Despite diligent efforts, completing discovery under the existing deadlines is no longer feasible. Accordingly, the requested extension will promote the just and efficient resolution of this matter and will not prejudice any party.

The parties met and conferred on these issues and agree that a modification to the Scheduling Order and a ninety-day extension of the remaining deadlines is necessary to complete discovery.

The current deadlines and the proposed amended deadlines are as follows:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Supplemental expert report | None | June 15, 2026 |
| Rebuttal of supplemental expert report | None | July 15, 2026 |
| Completion of all discovery | May 19, 2026 | August 17, 2026 |
| Motion for class certification | August 19, 2026 | November 17, 2026 |
| Dispositive motions | August 19, 2026 | November 17, 2026 |

Because good cause exists and the parties agree that the requested modification and extension are warranted, the parties respectfully request that the Court grant this Motion and enter an order modifying the Scheduling Order and extending the remaining deadlines as set forth above.

2

By:

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

Counsel for Plaintiff

/s/ Ava J. Conger
Ava J. Conger
Devon C. Sherrell
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309
Tel: 404.815.6500
aconger@ktslaw.com
dsherrell@ktslaw.com

Counsel for GAP

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2026, I electronically filed the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record

|  |  |
|---|---|
| | /s/ Ava J. Conger |
| KILPATRICK TOWNSEND & STOCKTON LLP | Ava J. Conger |
| | Georgia Bar No. 676247 |
| 1100 Peachtree Street, Suite 2800 | |
| Atlanta, Georgia 30309 | |
| Phone: (404) 815-6500 | |
| Fax: (404) 815-6555 | |
| aconger@ktslaw.com | *Counsel for GAP* |

4