**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM |

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order and Extend Deadlines. For good cause shown, the Motion is **GRANTED**. The Scheduling Order is modified as follows:

| | |
|---|---|
| Supplemental expert report | June 15, 2026 |
| Rebuttal of supplemental expert report | July 15, 2026 |
| Completion of all discovery | August 17, 2026 |
| Motion for class certification | November 17, 2026 |
| Dispositive motions | November 17, 2026 |

Dated: ___May 6___, 2026.

**Honorable Leigh Martin May
Chief United States District Judge**