## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA AUTO PAWN, INC. <br><br> Defendant. | Civil Case No.: 1:25-cv-00906-LMM <br><br> CLASS ACTION COMPLAINT <br><br> JURY TRIAL DEMANDED |

### JOINT MOTION TO EXTEND DEADLINE
### TO TAKE EXPERT DEPOSITIONS

Plaintiff Shante Watson and Defendant Georgia Auto Pawn, Inc. ("GAP") respectfully move the Court, under Fed. R. Civ. P. 16(b)(4), for an order extending the discovery deadline by thirty (30) days for the sole purpose of conducting expert depositions.

Good cause exists to extend the current discovery deadline for this limited purpose. The parties have been actively engaged in settlement discussions and have participated in mediation. During the mediation, the parties agreed that exchanging expert reports and conducting expert depositions would assist the parties in their settlement negotiations.

Plaintiff served her supplemental expert report on June 26, 2026. GAP served its rebuttal expert report on July 27, 2026. The parties now wish to take depositions of the respective experts. Given scheduling concerns, and the imminent discovery

1

deadline of August 17, 2026, the parties believe a 30-day extension of the discovery deadline only for the purpose of conducting these expert depositions is necessary.

Despite diligent efforts, completing the expert depositions under the existing deadline is not feasible.  Accordingly, the requested extension will promote the just and efficient resolution of this matter and will not prejudice any party.

Because good cause exists and the parties agree that the requested extension is warranted, the parties respectfully request that the Court grant this Motion and enter an order extending the discovery deadline through and including September 16, 2026, only for the purpose of conducting expert depositions.

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

*Counsel for Plaintiff*

*/s/ Ava J. Conger*
Ava J. Conger
Devon C. Sherrell
KILPATRICK TOWNSEND
& STOCKTON LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309
Tel: 404.815.6500
aconger@ktslaw.com

dsherrell@ktslaw.com

*Counsel for GAP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2026, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEADLINE TO TAKE EXPERT DEPOSITIONS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record

|  |  |
|---|---|
|  | /s/ Ava J. Conger |
| KILPATRICK TOWNSEND & STOCKTON LLP | Ava J. Conger |
|  | Georgia Bar No. 676247 |
| 1100 Peachtree Street, Suite 2800 |  |
| Atlanta, Georgia 30309 |  |
| Phone: (404) 815-6500 |  |
| Fax: (404) 815-6555 |  |
| aconger@ktslaw.com | *Counsel for GAP* |

4