## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM |

## <u>ORDER</u>

This matter is before the Court on the parties' Joint Motion to Extend Deadline to Take Expert Depositions. For good cause shown, the Motion is **GRANTED**. The discovery deadline is extended through and including September 16, 2026, for the sole purpose of conducting depositions of the parties' respective experts.

Dated: __August 6__, 2026.

_____
**Honorable Leigh Martin May**
**Chief United States District Judge**