**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM |

**DECLARATION OF ANDREW ROMAN PERRONG**

I, Andrew Roman Perrong, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I am the founder of Perrong Law LLC. I submit this declaration in support of Plaintiff's Motion for Preliminary Approval. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

**My Qualifications**

2. I am a 2023 graduate of Temple University Law School, where I graduated at the top of my class. I was admitted to the bar in Pennsylvania in 2023 and in Oregon in 2024. I am admitted to practice before several federal district courts, including all federal district courts in Texas, the Eastern and Middle Districts of Pennsylvania, the District of Oregon, and the Northern District of Illinois, and

before the United States Courts of Appeals for the Second, Third, and Ninth Circuits. From time to time, I have appeared in other state and federal courts *pro hac vice*. I am in good standing in every court to which I am admitted.

3. In 2023, I founded Perrong Law LLC, a firm focused on protecting consumers in class action litigation, particularly under the Telephone Consumer Protection Act ("TCPA").

4. I was appointed class counsel in the certified class action *Aley v. Lightfire Partners, LLC*, No. 5:22-cv-00330 (N.D.N.Y.). That case resolved through an individual settlement after class certification because of concerns about the defendant's finances, and after the defendant's unsuccessful attempt at an interlocutory appeal, on which I was counsel on the brief.

5. I was also appointed class counsel in the certified class action *Ryan v. Wilshire Law Firm, P.L.C.*, No. 2025-022621-CA-01 (Fla. 11th Jud. Cir. Ct., Miami-Dade Cnty.), a TCPA class settlement of $5,975,000 that received final approval on May 28, 2026 and has been fully administered.

6. I have participated as counsel for Plaintiff in this action and have assisted in the investigation, prosecution, and settlement of Plaintiff's claims. Based upon my experience litigating TCPA class actions and my familiarity with the claims, defenses, and Settlement Agreement in this matter, I believe that the proposed Settlement is fair, reasonable, adequate, and in the best interests of the

Settlement Class. I am willing and able to continue representing the Settlement Class through final approval and administration of the Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026, in the United States of America.

_*/s/ Andrew Perrong*_____________
Andrew Roman Perrong