# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-00906-LMM
## Watson v. Georgia Auto Pawn, Inc.
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 11/16/2026 via Zoom.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 2:44 P.M.
TIME IN COURT: 00:14
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ava Conger representing Georgia Auto Pawn, Inc.<br>Anthony Paronich representing Shante Watson<br>Devon Sherrell representing Georgia Auto Pawn, Inc. |
| PROCEEDING CATEGORY: | Status Conference (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [34] Motion for Settlement TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court discussed the issues with Plaintiff's Consent Motion for Preliminary Approval of Class Action Settlement [34]. Plaintiff will file revised documents for the Court's consideration. |
| HEARING STATUS: | Hearing Concluded |