**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM |

**PLAINTIFF'S NOTICE OF FILING REVISED PROPOSED PRELIMINARY APPROVAL ORDER AND LONG-FORM NOTICE**

Plaintiff Shante Watson, by and through undersigned counsel, hereby files revised versions of the Proposed Order Preliminarily Approving Class Action Settlement and the Long-Form Website Notice in connection with Plaintiff's Consent Motion for Preliminary Approval of Class Action Settlement (ECF No. 34).

Following the Court's November 16, 2026 conference, Plaintiff revised these documents to address the matters discussed with the Court.

Specifically, the revised Proposed Preliminary Approval Order, attached as Exhibit A, clarifies the procedures for submitting objections to the Settlement, including service upon the Settlement Administrator and identification of the case name and number.

The revised Long-Form Website Notice, attached as Exhibit B, corrects the identification of Georgia Auto Pawn, Inc. in the description of the claims being released and clarifies the disclosure of the proposed $5,000 payment to Plaintiff in consideration for her separate individual general release of claims, which remains subject to the Court's approval.

These revisions do not alter the material terms of the proposed Settlement. Plaintiff respectfully requests that the Court consider the revised documents in connection with the pending Consent Motion for Preliminary Approval of Class Action Settlement (ECF No. 34).

Counsel for the Defendant has reviewed and approved the content of this notice and the exhibits.

Dated: November 16, 2026

Respectfully Submitted:

*/s Anthony I Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617 485-0018
anthony@paronichlaw.com