**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHANTE WATSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GEORGIA AUTO PAWN, INC.<br><br>Defendant. | Civil Case No.: 1:25-cv-00906-LMM |

**WEBSITE Q & A NOTICE**

**This is a notice of a settlement of a class action lawsuit.**
**This is not a notice of a lawsuit against you.**

**If Georgia Auto Pawn, Inc. placed an artificial or prerecorded voice call to your cellular telephone number between February 20, 2021 and [PRELIMINARY APPROVAL DATE], and your telephone number is among the numbers identified in the Settlement Class, you may be entitled to compensation from a $525,000 class action settlement.**

*Watson v. Georgia Auto Pawn, Inc.,*
*Civil Case No. 1:25-cv-00906-LMM (N.D. Ga.)*

**A federal court authorized this notice.**
**This is not a solicitation from a lawyer.**

**Please read this notice carefully.**
**It explains your rights and options to participate in a class action settlement.**

## What are your legal rights and options?

| | |
|---|---|
| **SUBMIT A TIMELY CLAIM FORM:** | If you are a Settlement Class Member and submit a timely and valid Claim Form, you will receive a *pro rata* share of the money available for distribution from the $525,000 Settlement Fund after Court-approved fees, costs, expenses and settlement-administration expenses are deducted, which includes a payment of $5,000 to Plaintiff Shante Watson, in consideration for her individual general release of claims.<br><br>Based on an estimated 10% claims rate, it is presently estimated that each Settlement Class Member who submits an approved claim will receive approximately $4,500. This is only an estimate. Your actual payment may be higher or lower depending principally upon the number of valid claims submitted and the amounts ultimately approved by the Court for attorneys' fees, litigation costs and expenses, Plaintiff's general-release payment, and settlement administration. |
| **DO NOTHING:** | If you are a class member and you do nothing, you will not receive a share of the settlement fund, but you will release claims you may have against Georgia Auto Pawn, Inc. related to this case. |
| **EXCLUDE YOURSELF:** | If you are a class member and you exclude yourself from the settlement, you will not receive a share of the settlement fund, and you will not release any claims you have related to this case. |
| **OBJECT:** | If you are a class member, you may object to the settlement. |

## Why is this notice available?

This is a notice of a proposed Settlement in a class action lawsuit. The Settlement would resolve a lawsuit filed by Shante Watson against Georgia Auto Pawn, Inc. Please read this notice carefully. It explains the lawsuit, the Settlement, and your legal rights, including the process for receiving a Settlement Payment, excluding yourself from the Settlement, or objecting to the Settlement.

The United States District Court for the Northern District of Georgia has preliminarily approved the Settlement and authorized this notice. The Court has not determined that Georgia Auto Pawn, Inc. did anything wrong or violated any law.

## What is this lawsuit about?

Plaintiff Shante Watson filed a proposed class action lawsuit alleging that Georgia Auto Pawn, Inc. violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by placing calls to reassigned cellular telephone numbers using an artificial or prerecorded voice without consent.

The TCPA generally provides for statutory damages of $500 for certain violations and permits damages of up to $1,500 for certain willful or knowing violations.

Georgia Auto Pawn, Inc. denies Plaintiff's allegations, denies that it violated the TCPA, and denies any wrongdoing or liability. The Court has not decided who is right or wrong. Instead, the Parties have agreed to settle the lawsuit.

## Why is this a class action?

In a class action, one or more people called “class representatives” file a lawsuit on behalf of people who have similar claims. All of these people together are a “class” or “class members.” The Court accordingly resolves claims for all class members, except for those who exclude themselves from the class.

## Why is there a settlement?

Plaintiff and Georgia Auto Pawn, Inc. agreed to settle the lawsuit to avoid the expense, delay, uncertainty, and risks associated with continued litigation.

Plaintiff and Class Counsel believe the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. Georgia Auto Pawn, Inc. denies any wrongdoing or liability and has agreed to the Settlement to resolve the lawsuit and avoid the burden, expense, risk, and uncertainty of continued litigation.

The Court has not decided the merits of Plaintiff's claims or Defendant's defenses.

**How do you know if your claims are included in the settlement?**

This settlement resolves claims on behalf of the following class:

> All persons throughout the United States including the Plaintiff and individuals (1) listed in Exhibit D of the report of Jan Kostyun, dated July 27, 2026, (2) to whom Georgia Auto Pawn, Inc. placed a call, (3) directed to a telephone number assigned to a cellular telephone service, (4) in connection with which Georgia Auto Pawn, Inc. used an artificial or prerecorded voice, (5) from February 20, 2021, through [PRELIMINARY APPROVAL DATE].

**What does the settlement provide?**

Georgia Auto Pawn, Inc. will establish a $525,000 non-reversionary Settlement Fund.

The Settlement Fund will be used to pay:

a. Settlement Payments to Settlement Class Members who timely submit approved Claim Forms;

b. The costs of notice and settlement administration, presently estimated to be approximately $50,000;

c. Attorneys' fees of $175,000, subject to the Court's approval;

d. Litigation costs and expenses of up to $40,000, subject to the Court's approval; and

e. A payment of $5,000 to Plaintiff Shante Watson, subject to the Court's approval, in consideration for her individual general release of claims.

After these amounts are deducted, the remaining Settlement Fund will be distributed on a *pro rata* basis among Settlement Class Members who submit timely and approved Claim Forms.

Assuming settlement-administration costs of $50,000 and Court approval of the amounts described above, including the payment of $5,000 to Plaintiff Shante Watson, in consideration for her individual general release of claims, approximately $255,000 would remain available for distribution to Settlement Class Members.

If approximately 10% of the 569 Settlement Class Members submit approved claims, each participating Settlement Class Member is presently estimated to receive approximately $4,500. This amount is only an estimate. The actual amount paid will depend on the number of approved claims and the actual amounts deducted from the Settlement Fund.

No portion of the Settlement Fund will revert to Georgia Auto Pawn, Inc.

**How can you get a payment?**

To receive a Settlement Payment, you must submit a timely and valid Claim Form.

You may submit a Claim Form electronically through **[SETTLEMENT WEBSITE]** no later than **[CLAIM DEADLINE]**.

Alternatively, you may complete and mail a Claim Form to:

**Watson v. Georgia Auto Pawn, Inc. Settlement Administrator**
c/o [CLAIMS ADMINISTRATOR]
[ADDRESS]

Your mailed Claim Form must be postmarked no later than **[CLAIM DEADLINE]**.

Your Claim Form must provide your name, address, and the cellular telephone number on which you received the artificial or prerecorded voice call or calls from Georgia Auto Pawn, Inc.

Each Settlement Class Member may submit only one claim regardless of the number of calls he or she received.

If you did not receive a Claim Form but believe you are a Settlement Class Member, you may contact the Claims Administrator. A Claim Form will be provided only if the Claims Administrator can confirm that you are a member of the Settlement Class.

## When will you be paid?

If the Court grants final approval of the settlement, settlement payments will be sent to class members who submitted valid claim forms no later than 30 days after the judgment in the lawsuit becomes final, unless additional time is necessary to comply with IRS regulations. If there is an appeal of the settlement, payment may be delayed by the appeal.

## What rights are you giving up in this settlement?

Unless you exclude yourself from the settlement, and if you meet the class definition, you will be considered a member of the class, which means you give up your right to sue or continue a lawsuit against the Defendant over the released claims. Giving up your legal claims is called a release. Unless you formally exclude yourself from the settlement, you will release your claims against the Defendant.

For more information on the release, released parties, and released claims, you may obtain a copy of the class action settlement agreement on the settlement website, or through Public Access to Court Electronic Records (PACER).

## How can you exclude yourself from the settlement?

You may exclude yourself from the settlement, in which case you will <u>not</u> receive a payment. If you wish to exclude yourself from the settlement, you must mail a written request for exclusion to the claims administrator, at the addresses set forth below, postmarked by [**date**], **2026**. You must include in your request for exclusion:

a. Your full name;

b. Your address;

c. The cellular telephone number called by Georgia Auto Pawn, Inc. using an artificial or prerecorded voice; and

d. A statement that you wish to be excluded from the Settlement.

You must sign the request personally. If any person signs on your behalf, that person must attach a copy of the power of attorney authorizing that signature.

## When and where will the Court decide whether to approve the settlement?

The Court will hold a final fairness hearing on **[date]**, at **[time]**. The hearing will take place at location. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether final approval of the settlement should be granted. The Court will hear objections to the settlement, if any. The Court may make a decision at that time, postpone a decision, or continue the hearing.

## Do you have to attend the hearing?

No. You are not required to attend the hearing. But you are welcome to attend the hearing at your own expense. However, you cannot speak at the hearing if you have excluded yourself from the class settlement. Once you have excluded yourself, the class settlement does not affect your legal rights.

## What if you want to object to the settlement?

If you do not exclude yourself from the settlement, if you are a class member you can object to the settlement if you do not believe it is fair, reasonable, and adequate. If you wish to object, you must mail a written notice of objection, postmarked by **[date], 2026**, to Class Counsel, Defendant's attorneys, and to the Court, at the following addresses:

Class Counsel:
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Defendant's Counsel:
Ava J. Conger
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

Court:
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

You must include in your objection:

a. Your full name;

b. Your address;

c. Any documents establishing, or provide information sufficient to allow the Parties to confirm, that you are a Settlement Class

Member, including providing the cellular telephone number to which Georgia Auto Pawn, Inc. placed a call or calls with an artificial or prerecorded voice during the Settlement Class Period;

d. A statement of the specific objection(s);

e. A description of the facts underlying the objection, including any documents that you would like the Court to consider;

f. A description of the legal authorities that support each objection; and

g. A statement noting whether you intend to appear at the final fairness hearing and wish to be heard.

**By when must you enter an appearance?**

Any class member who objects to the settlement and wishes to enter an appearance must do so by **[date], 2026**. To enter an appearance, you must file with the Clerk of the Court a written notice of your appearance and you must serve a copy of that notice, by U.S. mail or hand-delivery, upon Class Counsel and Defendant's attorneys, at the addresses set forth above.

**What if you do nothing?**

If you are a Settlement Class Member and do nothing, you will not receive a Settlement Payment.

You will nevertheless remain a Settlement Class Member and, if the Settlement receives final approval, you will be bound by the Settlement and the Court's Final Order and Judgment. You will also release the Released Claims described above.

**What will happen if the Court does not approve the settlement?**

If the Court does not finally approve the settlement or if it finally approves the settlement and the approval is reversed on appeal, or if the settlement does not become final for some other reason, you will receive no benefits at this time, and the lawsuit will continue.

**Who are Ms. Watson's attorneys?**

Ms. Watson's attorneys are:

**Andrew Perrong**
Perrong Law LLC
1669 Edgewood Rd., Suite 218
Yardley, PA 19067

**Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

You do not have to pay Class Counsel directly. Class Counsel will ask the Court to approve payment of $175,000 in attorneys' fees from the Settlement Fund.

You may hire your own attorney to represent you in connection with the Settlement, but you will be responsible for paying that attorney.

**Who are Georgia Auto Pawn's attorneys?**

Georgia Auto Pawn's attorneys are:

**Ava J. Conger**
**Devon C. Sherrell**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

**Before what Court is this matter pending?**

Ms. Watson filed her class action lawsuit in the following Court:

United States District Court
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Where can you get additional information?**

This notice summarizes the proposed Settlement. The complete terms are contained in the Class Action Settlement Agreement and Release.

The Settlement Agreement, Claim Form, Court orders, and other important documents will be available at:

**[SETTLEMENT WEBSITE]**

You may also contact:

**Watson v. Georgia Auto Pawn, Inc. Settlement Administrator**
c/o [CLAIMS ADMINISTRATOR]
[ADDRESS]
[TOLL-FREE NUMBER]

**PLEASE DO NOT CONTACT THE JUDGE OR THE CLERK OF COURT TO ASK QUESTIONS ABOUT THIS SETTLEMENT. THE COURT CANNOT PROVIDE YOU WITH LEGAL ADVICE.**